**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARK GREEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 04-111E** |
| | ) | |
| **S.J. MORRISON, SGT., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Robert S. Englesberg, Senior Deputy Attorney General, and substitute Craig E. Maravich, Deputy Attorney General on behalf of Defendant Rodney Showers in the above captioned case.

Respectfully submitted,

THOMAS W. CORBETT JR.,
Attorney General

By:  /s/  Craig E. Maravich
CRAIG E. MARAVICH
Deputy Attorney General
PA I.D. # 86219

Susan J. Forney
Chief Deputy Attorney General
Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within **Substitution of Counsel**

was served upon the following individual via first-class mail on July 7, 2005:

Mark Green, DT-9254
SCI-Camp Hill
2500 Lisburn Road
P.O. Box 8837
Camp Hill, PA  17001

By:   /s/  Craig E. Maravich
      CRAIG E. MARAVICH
      Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
564 Forbes Avenue, Manor Complex
Pittsburgh, PA 15219
(412) 565-3578 phone
(412) 565-3028 fax

Date:  July 7, 2005