IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK GREEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 04-111E |
| | ) |
| S.J. MORRISON, SGT., et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO SHOW CAUSE

Defendant, Rodney Showers, by his attorneys, Thomas W. Corbett, Jr., Attorney General, Craig E. Maravich, Deputy Attorney General, and Susan J. Forney, Chief Deputy Attorney General, Chief, Litigation Section, respectfully submits the following:

1. By Order dated February 16, 2005, plaintiff was directed to file a pretrial statement.

2. To date, plaintiff has failed to file such a statement.

3. Plaintiff's failure to comply with the Court Order detrimentally affects defendants' ability to defend this case.

4. It is respectfully requested that plaintiff be directed to show cause why he failed to comply with the court order.

5. Defendants respectfully request to file a pretrial statement or motion for summary judgment thirty days after plaintiff complies with the court orders.

WHEREFORE, defendant requests judgment in his favor and against plaintiff.

                              Respectfully submitted:

                              Thomas W. Corbett, Jr.
                              Attorney General


By:    /s/ Craig E. Maravich
        CRAIG E. MARAVICH
        Deputy Attorney General
        Attorney I.D. No. 11311

        Susan J. Forney
        Chief Deputy Attorney General
        Litigation Section

Office of Attorney General
6th Fl., Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219

Date:  July 7, 2005

## CERTIFICATE OF SERVICE

        I hereby certify that a true and correct copy of the within *Motion to Show Cause* was served upon the following individual via first-class mail on July 7, 2005:

Mark Green, DT-9254
SCI-Camp Hill
2500 Lisburn Road
P.O. Box 8837
Camp Hill, PA  17001

                                                  By:    /s/  Craig E. Maravich
                                                              CRAIG E. MARAVICH
                                                              Deputy Attorney General