## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 04-111E |
| | ) | **Judge Sean J. McLaughlin** |
| S.J. MORRISON, SGT., et al., | ) | **Magistrate Judge Susan Paradise Baxter** |
| | ) | |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____ 2005, upon consideration of the foregoing Response to Order to Show Cause, it is hereby ORDERED Defendant shall file a pretrial statement or motion for summary judgment thirty (30) days after plaintiff's pretrial statement.

BY THE COURT:

_____
SUSAN PARADISE BAXTER
United States Magistrate Judge