IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK GREEN, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 04-111E |
| S.J. MORRISON, SGT., et al., | ) |
| Defendants. | ) |

## MOTION FOR SUMMARY JUDGMENT

Defendant, Rodney Showers, by his attorneys, Thomas W. Corbett, Jr., Attorney General, Craig E. Maravich, Deputy Attorney General, and Susan J. Forney, Chief Deputy Attorney General, Chief, Litigation Section, respectfully submits the following:

Defendants move for summary judgment based on the pleadings, depositions, answer to interrogatories, submissions, admissions on file, affidavits, or other declarations under penalty of law and other evidence which show that there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of law.

WHEREFORE, defendant requests judgment in his favor and against plaintiff.

        Respectfully submitted:

        Thomas W. Corbett, Jr.
        Attorney General


By:   /s/ Craig E. Maravich
      CRAIG E. MARAVICH
      Deputy Attorney General
      Attorney I.D. No. 11311

      Susan J. Forney
      Chief Deputy Attorney General
      Litigation Section

Office of Attorney General
6th Fl., Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219

Date:  July 13, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2005, I electronically filed the foregoing *Motion for Summary Judgment* with the Clerk of Court using the CM/ECF system.  And I hereby certify that I have mailed the foregoing document by United States Postal Service to the following non CM/ECF participants:

Mark Green, DT-9254
SCI-Camp Hill
2500 Lisburn Road
P.O. Box 8837
Camp Hill, PA  17001

 By: /s/ Craig E. Maravich
  CRAIG E. MARAVICH
  Deputy Attorney General