IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARK GREEN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 04-111E |
| | ) |
| **S.J. MORRISON, SGT., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____ 2005, upon consideration of the foregoing Motion for Summary Judgment, it is hereby ORDERED the motion is GRANTED.

BY THE COURT:

_____
SUSAN PARADISE BAXTER
United States Magistrate Judge