IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK GREEN<br>Plaintiff,<br><br>vs.<br><br>MORRISON, et al.<br>Defendants. | )<br>)<br>)<br>)  C.A. No. 04-111 Erie<br>)  District Judge McLaughlin<br>)  Magistrate Judge Baxter<br>)<br>) |

ORDER

AND NOW, this 6th day of July, 2005;

IT IS HEREBY ORDERED that Plaintiff and Defendants show cause before July 21, 2005, for their failure to comply with the Case Management Order issued by this Court on February 17, 2005. Document # 37. Plaintiff's pre-trial statement was due on May 5, 2005, and Defendants' pre-trial statement or motion for summary judgment was due on May 19, 2005. To date, neither party has complied with the Case Management Order. Failure to respond to this Order may result in the imposition of sanctions.

S/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
CHIEF UNITED STATES MAGISTRATE JUDGE

---

*[Handwritten note:]*

Dear ct and clerk

My name is Mark Green and this notice that I, Mark Green, am the plaintiff and seeks to withdraw this 04-111 Civil action. 7-14-05 Please Compare Signatures if you'd like.

*[Signatures:]* Mark Green
Mark Green